UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENDAN McKOWN, individually,<br><br>Plaintiff,<br><br>v.<br><br>SIMON PROPERTY GROUP, INC. d/b/a TACOMA MALL, a Delaware corporation, IPC INTERNATIONAL CORPORATION, an Illinois corporation, and DOMINICK SERGIO MALDONADO, individually,<br><br>Defendants. | NO. CV-0574-JKA<br><br>AMENDED COMPLAINT FOR DAMAGES |

## I.   INTRODUCTION

1.1   This claim is based on the injuries suffered by Plaintiff Brendan McKown, who was shot by Dominick Sergio Maldonado while he was at the Tacoma Mall. Simon Property Group, Inc. managed and operated the mall, and IPC International Corporation provided security services for the mall. Plaintiff, by and through his undersigned counsel, alleges and states as follows:

## II.   PARTIES

2.1   Plaintiff is a resident of Pierce County, Washington.

2.2   Defendant Dominick Sergio Maldonado is a resident of Pierce County,

AMENDED COMPLAINT 1 of 6
(CV-0574-JKA)

Washington.

2.3     Defendant Simon Property Group, Inc. d/b/a Tacoma Mall ("Simon Property Group") is a Delaware corporation licensed to do business in Washington State. Simon Property Group's registered agent is CT Corporation System, which is located at 1801 West Bay Drive NW, Suite 206, Olympia, Washington. The acts of Simon Property Group's agents and/or representatives were done by and on behalf of Simon Property Group for which it is liable on the basis of respondeat superior, agency, and/or apparent agency.

2.4     Defendant IPC International Corporation ("IPC International") is an Illinois corporation licensed to do business in Washington State. IPC International's registered agent is CT Corporation System, which is located at 1801 West Bay Drive NW, Suite 206, Olympia, Washington. IPC International is and was an agent of Simon Property Group. At the time of the incident giving rise to this claim, IPC International was acting within the scope of its agency/contract with Simon Property Group and in furtherance of the interests and fulfillment of the duties of the agency/contract relationship.

### III.     JURISDICTION AND VENUE

3.1     Plaintiff resided in Pierce County, Washington, at all material times.

3.2     All defendants in this action resided, existed, or conducted business in Pierce County, Washington.

3.3     The events that gave rise to this action occurred in Tacoma, Washington.

3.4     Defendant Maldonado and Plaintiff are both Washington State residents.

3.5     Jurisdiction and venue are proper in Pierce County Superior Court.

### IV.     STATEMENT OF FACTS

4.1     Plaintiff realleges the above paragraphs as if fully set forth below.

4.2     On November 20, 2005, Plaintiff was working at the Excalibur Cutlery Store, which is located in the Tacoma Mall. Plaintiff left his place of employment and walked down a corridor in the mall to make a bank deposit. On his way to the bank, Plaintiff stopped at a

AMENDED COMPLAINT 2 of 6
(CV-0574-JKA)

Law Offices
Pfau Cochran Vertetis Kosnoff
701 Fifth Avenue, #4750
Seattle, WA 98104
PHONE: (206) 462-4334  FACSIMILE: (206) 623-3624

Kits Camera store. Upon exiting the store, Plaintiff heard the sound of gunfire and saw Maldonado, who was wielding an assault rifle and a high-capacity semi-automatic machine pistol.

4.3   Maldonado opened fire within the Tacoma Mall. While Plaintiff was in the mall, Maldonado shot Plaintiff several times, causing Plaintiff serious and permanently disabling injuries.

4.4   At all relevant times, Simpson Property Group managed and operated the Tacoma Mall and IPC International provided security services for the Tacoma Mall.

### V.   FIRST CAUSE OF ACTION—AGAINST SIMON PROPERTY GROUP AND IPC INTERNATIONAL
**Premises Liability**

5.1   Plaintiff incorporates by reference all preceding paragraphs, restating the information contained therein, and further alleges as follows:

5.2   Plaintiff was a business invitee at the Tacoma Mall.

5.3   The acts and omissions of Defendants Simon Property Group and/or IPC International alleged herein constitute negligence. Defendants owed Plaintiff a duty to protect him from the reasonably foreseeable criminal conduct of third parties and unreasonably dangerous conditions. Defendants breached this duty, and the breach was a direct, proximate, and foreseeable cause of Plaintiff's serious and permanently disabling injuries, as well as general and special damages, the full extent of these injuries to be proven at trial.

### VI.   SECOND CAUSE OF ACTION—AGAINST SIMON PROPERTY GROUP AND IPC INTERNATIONAL
**Negligence; Failure to Provide Adequate Security**

6.1   Plaintiff incorporates by reference all preceding paragraphs, restating the information contained therein, and further alleges as follows:

6.2   The acts and/or omissions of Defendants Simon Property Group and IPC International constitute negligence, including but not limited to negligent hiring, supervision,

AMENDED COMPLAINT 3 of 6
(CV-0574-JKA)

Law Offices
Pfau Cochran Vertetis Kosnoff
701 Fifth Avenue, #4750
Seattle, WA 98104
PHONE: (206) 462-4334  FACSIMILE: (206) 623-3624

and retention of security personnel at the Tacoma Mall; the negligent response to the mall shooting; and failure to install proper devices to monitor individuals on the mall premises, proper security cameras, and other devices. As a direct, proximate, and foreseeable cause of Defendants' failure to provide adequate security to prevent criminal and tortious activity and prevent Plaintiff from being attacked and injured, Plaintiff sustained serious and permanently disabling injuries, as well as general and special damages, the full extent of these injuries to be proven at trial.

### VII. THIRD CAUSE OF ACTION—AGAINST MALDONADO
#### Assault

7.1   Plaintiff incorporates by reference all preceding paragraphs, restating the information contained therein, and further alleges as follows:

7.2   Defendant Maldonado intentionally shot Plaintiff, causing Plaintiff to reasonably apprehend harmful or offensive contact with his person and injuring Plaintiff in an amount to be determined at trial.

7.3   Defendant Maldonado is liable for this assault.

### VIII. FOURTH CAUSE OF ACTION—AGAINST MALDONADO
#### Battery

8.1   Plaintiff incorporates by reference all preceding paragraphs, restating the information contained therein, and further alleges as follows:

8.2   Defendant Maldonado intentionally shot Plaintiff, causing harmful and offensive contact with Plaintiff's person and injuring Plaintiff in an amount to be determined at trial.

8.3   Defendant Maldonado is liable for this battery.

WHEREFORE, Plaintiff, having fully stated his cause of action against the Defendants, now prays for judgment against the Defendants as follows:

AMENDED COMPLAINT 4 of 6
(CV-0574-JKA)

1. For judgment against the Defendants, jointly and severally, in the cause as described herein;

2. For special damages in an amount to be proved at time of trial;

3. For general damages in an amount to be proved at time of trial;

4. For plaintiff's costs and attorneys fee herein;

5. For such other and further relief as the Court deems just and equitable.

DATED this 2nd day of January, 2009.

                MARGULLIS, LUEDTKE & RAY, PLLC

By: /s/ Rodney B. Ray
     Rodney B. Ray, WSBA No. 7446
     Margullis, Luedtke & Ray, PLLC
     2601 N. Alder Street
     Tacoma, WA 98407
     Tel: (253) 752-2251
     Fax: (253) 752-1071
     Attorneys for Plaintiff

PFAU COCHRAN VERTETIS & KOSNOFF PLLC

By: /s/ Darrell L. Cochran
     Darrell L. Cochran, WSBA No. 22851
     Daniel T. L. Fasy, WSBA No. 37697
     Pfau Cochran Vertetis & Kosnoff PLLC
     900 Pacific Avenue, Suite 200
     Tacoma, WA 98402
     Tel: (253) 777-0799
     Fax: (253) 627-0654
     Darrell@pcvklaw.com
     Dan@pcvklaw.com
     Attorneys for Plaintiff

**AMENDED COMPLAINT** 5 of 6
**(CV-0574-JKA)**

Law Offices
Pfau Cochran Vertetis Kosnoff
701 Fifth Avenue, #4750
Seattle, WA 98104
PHONE: (206) 462-4334 FACSIMILE: (206) 623-3624

CERTIFICATE OF SERVICE

I, Darrell L. Cochran, hereby certify that I caused the attached to be electronically filed with this Court and served via electronic service on this 2nd day of January, 2009:

T. Jeffrey Keane TJKI@TJKEANELAW.COM, DMP@TJKEANELAW.COM

No further service via U.S. Mail is required on any other party.

DATED: January 2, 2009

                           s/s Darrell L. Cochran

Darrell L. Cochran, WSBA No. 22851
Pfau Cochran Vertetis & Kosnoff PLLC
900 Pacific Avenue, Suite 200
Tacoma, WA 98402
Tel: (253) 777-0799
Fax: (253) 627-0654
Darrell@pcvklaw.com
Attorneys for Plaintiff

AMENDED COMPLAINT 6 of 6
(CV-0574-JKA)

Law Offices
Pfau Cochran Vertetis Kosnoff
701 Fifth Avenue, #4750
Seattle, WA 98104
PHONE: (206) 462-4334  FACSIMILE: (206) 623-3624