| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| BRENDAN MCKOWN, an individual. | |
|---|---|
| Plaintiff, | CASE NO. C08-5754BHS |
| v. | |
| SIMON PROPERTY GROUP, INC., dba TACOMA MALL, a Delaware corporation; IPC INTERNATIONAL CORPORATION, an Illinois corporation, | ORDER DENYING STIPULATED PROTECTIVE ORDER |
| Defendants | |

This matter comes before the Court on the parties' stipulated motion and protective order (Dkt. 40). The Court has considered the pleading filed in support of the proposed order and the remainder of the file and hereby declines to enter the proposed order as an order of the Court for the reasons stated herein.

The parties request an expansive protective order for all confidential information that may be disclosed during the discovery phase of this proceeding. *See* Dkt. 40. The parties have agreed to designate certain materials as "CONFIDENTIAL MATERIAL. *Id*.

The Court need not enter the stipulation as an order of the Court because (1) the proposed order contains provisions that are more appropriate for an agreement between the parties instead of an expansive protective order, and (2) the attorneys for both parties have executed the agreement. If a party seeks protection from the public disclosure of

ORDER - 1

any material after unsuccessfully obtaining agreement for such protection from all parties, such party may apply to the Court for relief. However, when disagreements arise, it is important to adhere to the requirement of a "good faith" effort "to resolve the dispute without court action." *See* Fed. R. Civ. P. 26 and 37.

Therefore, it is hereby **ORDERED** that the parties' stipulated motion and protective order (Dkt. 40) is **DENIED**.

DATED this 21st day of September, 2009.

_____
BENJAMIN H. SETTLE
United States District Judge