ASSIGNED TO THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENDAN MCKOWN, a single individual, Plaintiff, | |
| vs. | NO. C08-5754-BHS |
| SIMON PROPERTY GROUP, INC., dba TACOMA MALL, a Delaware corporation; IPC INTERNATIONAL CORPORATION, an Illinois corporation; and DOMINICK SERGIO MALDONADO, Defendants. | PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES |

COMES NOW Plaintiff Brendan McKown, by and through his attorneys of record and pursuant to the Pierce County Superior Court Case Scheduling Order, and hereby discloses the following expert witnesses:

1. Robert Wuorenma
   9805 NE 116th Street #773
   Kirkland, WA 98034
   425-820-8617

Robert Wuorenma was retained by Plaintiff to act as an expert witness in this case. His curriculum vitae is attached outlining his experience in the field of security management. Currently, Wuorenma is reviewing and analyzing discovery materials provided and awaiting additional discovery materials and the deposition testimony of witnesses that are to be taken

PLAINTIFF'S DISCLOSURE OF EXPERT
WITNESSES 1 of 6
C08-5754-BHS



PFAU COCHRAN
VERTETIS KOSNOFF
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

in accordance with the Court's July 29th, 2010 order regarding FRCP 30(b)(6) depositions. Once this information is obtained, a full report can be written to address all relevant facts and information; his preliminary report is attached. His opinions cover the security issues present at the Tacoma Mall during Maldonado's violent endeavor. Wuorenma may also be called upon to provide testimony rebutting and/or challenging the findings, conclusions, testimony and/or opinions of Defendants' experts who offer expert testimony related to Wuorenma's field of expertise.

2. William Nesbitt
   Security Management Services International
   1168 Pan Court
   Newbury Park, CA 91320
   805-499-3800

William Nesbitt was retained for the first time by Plaintiff to act as an expert witness in this case. The following is an outline of his experience in the field of security management:

> Bill Nesbitt is a Certified Protection Professional (CPP) with over 30 years of experience in security and loss prevention. He obtained his CPP designation in 1978. Bill is a long-time member of the ASIS International, American Society of Health Care Risk Managers (ASHRM) and American College of Healthcare Executives (ACHE) as well as the Southern California Association for Healthcare Risk Management (SCAHRM). Bill has provided security consulting service to a broad array of industries such as healthcare, shopping centers, biotech companies, apartment and condominium complexes, manufacturing plants, food processors, construction sites, educational facilities, and sports and entertainment venues. These services include, but are not limited to, complete security assessments, outsourced security management support, project management and security design.

PLAINTIFF'S DISCLOSURE OF EXPERT
WITNESSES 2 of 6
C08-5754-BHS


PFAU COCHRAN
VERTETIS KOSNOFF
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

**Certifications:**

    Certified Protection Professional (CPP)

**Memberships:**

    ACHE American College of Healthcare Executives

    ASIS American Society for Industrial Security

    ASHRM American Society of Healthcare Risk Managers

    ICSC International Council of Shopping Centers

    ICA International CPTED Association (Crime Prevention through Environmental Design)

    SCAHRM Southern California Association for Healthcare Risk Management

    ISCPP, International Society of Crime Prevention Practitioner

    IAHSS, International Association For Healthcare Security & Safety

Currently, Nesbitt is reviewing and analyzing discovery materials provided and awaiting additional discovery materials and the deposition testimony of witnesses that are to be taken in accordance with the Court's July 29th, 2010 order regarding FRCP 30(b)(6) depositions. His opinions cover the security issues present at the Tacoma Mall during Maldonado's violent endeavor, including:

1. Security measures in place at the Tacoma Mall on November 10, 2005;

2. Security bulletins received by IPC International in 2005 from local, State, and Federal authorities concerning suggestions of the need for increased security;

3. The nature of security measures used by Defendants at Tacoma Mall versus locations within the United States;

4. The use of weapons for security providers within the United States in 2005;

PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES 3 of 6
C08-5754-BHS

PFAU COCHRAN VERTETIS KOSNOFF
A Professional Limited Liability Company
911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

5. The use of closed circuit television surveillance on retail properties within the United States in 2005;

6. The use of intercom systems on retail properties within the United States in 2005;

7. Analysis of the history of violent acts involving weapons encountered by IPC International in the United States;

8. Policies, plans, and procedures used by Tacoma Mall security in November, 2005 to prevent, deter, and control violence on its property and response to patrons brandishing weapons;

9. Training provided to security personnel at the Tacoma Mall;

10. Feasibility of various security measures used around the United States in retail establishments similar to the Tacoma Mall;

11. Other various security issues related to violence at the Tacoma Mall.

Nesbitt may also be called upon to provide testimony rebutting and/or challenging the findings, conclusions, testimony and/or opinions of Defendants' experts who offer expert testimony related to Nesbitt's field of expertise.

## RESERVATION OF RIGHTS

Plaintiff reserves the right to supplement and/or amend this disclosure. Discovery is ongoing in this matter, and plaintiff reserves the right to supplement this report based upon ongoing discovery, including if any new or different opinions are revealed by other such as defendants, defendants' experts or treating providers.



PLAINTIFF'S DISCLOSURE OF EXPERT
WITNESSES 4 of 6
C08-5754-BHS

PFAU COCHRAN
VERTETIS KOSNOFF
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

Dated this 9th day of August, 2010.

          PFAU COCHRAN VERTETIS KOSNOFF, PLLC

By _____
     Darrell L. Cochran, WSBA No. 22851
     darrell@pcvklaw.com
     Attorneys for Plaintiff

PLAINTIFF'S DISCLOSURE OF EXPERT
WITNESSES 5 of 6
C08-5754-BHS


PFAU COCHRAN VERTETIS KOSNOFF
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

# CERTIFICATE OF SERVICE

I, **Michele Ghiselli Owen**, hereby declare under penalty of perjury under the laws of the State of Washington that that I am an attorney at Pfau Cochran Vertetis Kosnoff PLLC and that on today's date, I served via Electronic mail through ECF filing by directing delivery to the following individuals:

T. Jeffrey Keane at TJK@TJKEANELAW.COM, DMP@TJKEANELAW.COM
Thomas J. Degan, Jr at tjd@tjkeanelaw.com,
Keane Law Offices
Attorney for: Simon Property Group,
        IPC International Corporations

Rodney B. Ray at roray@mlr-law.com, kristine@mlr-law.com,
mamaloney@mlr-law.com
Margullis, Luedtke & Ray
Attorney for Plaintiff

DATED this 9th day of August, 2010.



Michele Ghiselli Owen
Legal Assistant to Darrell L. Cochran

4839-7577-7799, v. 1

PLAINTIFF'S DISCLOSURE OF EXPERT
WITNESSES 6 of 6
C08-5754-BHS

PFAU COCHRAN VERTETIS KOSNOFF
A Professional Limited Liability Company
911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

August 7, 2010

PFAU COCHRAN VERTETIS KOSNOFF Law Firm
Attention: Darrell Cochran, Attorney At Law
911 Pacific Ave., Suite 200
Tacoma WA 98402

RE: Preliminary Expert Opinion Report of Bob Wuorenma, C.P.P., Security Management
    Consultant/Expert Witness

### McKown v. Tacoma Mall (Simon Properties)

In September 2008 I was retained as a Expert Witness by your law firm to review the facts in the above referenced matter and render an preliminary opinion(s). I am responding to your request of my preliminary opinions in a written report. In order to do so I have divided my report in the following four sections:
1. Professional background and qualifications
2. Documents reviewed
3. Background assumptions
4. Opinions

### PROFESSIONAL BACKGROUND AND QUALIFICATIONS

I am currently a retired Detective Lieutenant from the Bellevue Police Department, Bellevue Washington. I served the city of Bellevue from March 3, 1969 until March 18, 1998 with 29 plus years of police service. During my law enforcement career I held the ranks/positions of Patrol Officer, Detective, Harbor Patrol Officer, Bicycle Patrol Officer, Park Patrol Officer, Patrol Lieutenant and Detective Lieutenant. I served with Patrol, Traffic and Investigations Divisions during my lengthy career. I had extensive training and experience in the enforcement of laws and violations of criminal conduct, extensive experience out in the field as a patrol officer and as a field supervisor.

I have been a security and crime prevention practitioner (publicly and privately) for over thirty five years. This included being a crime prevention resource from the Bellevue Police Department to the business community advising owners/managers/employees on crime prevention and security strategies they could use to prevent crimes. I was the principal resource to the Bellevue Square Mall owners and managers on the best recommendations of crime prevention and security strategies to implement while planning for the major mall re-model in 1980.

I also am a Security Management Consultant/Forensic L:aw Enforcement Practices and Security Expert Witness. I have been serving corporate clients and law firms since 1984 under the name of Bob Wuorenma & Associates, 9805 NE 116th St., #7333, Kirkland Washington 98034. I have been retained or consulted in over 550 matters involving civil liability issues. I have testified

**PAGE TWO            EXPERT OPINION REPORT CONT.**

at trial/hearings seventeen times and given oral testimony at deposition over seventy times. I am also a board certified, Certified Protection Professional (C.P.P.) with the American Society For Industrial Security (A.S.I.S.). Further, I am a Certified Crime Prevention Instructor (C.C.P.I.) as certified by the Washington State Law Enforcement Training Commission for private and public law enforcement crime prevention training. I have enclosed a copy of my Curriculum Vitae.

In order to have reached my conclusions/opinions in the above matter I reviewed the following materials.

## DOCUMENTS REVIEWED

1. Complaint for Damages and personal Injury, Brendan McKown vs. Simon Property Group, Nov. 10, 2008

2. Defendants' FED.R.C1VP Rule 26, Initial Disclosures, March 24, 2009

3. Commercial General Liability Declarations

4. Tacoma Police Department, Incident Report 05240558.1, Assault Aggravated, Nov. 20, 2oo5 (Binder #1)

5. Tacoma Mall Incident Report Logs, 2006-2009 (Binder #2)

6. Various incident reports involving Tacoma Mall, 10/9/2004 - 5/6/2005 (Binder #2)

7. IPC Public Safety incident reports, 1/6/2000 - 7/12/2003, Vol.1 binder

8. "  "  "  "      "    7/14/203 - 3/1/22005. Vol.2 binder .

9. "  "  "  "      "    3/5/2005 - 12/29/2005 Vol 3 binder.

10. Report - An Assessment of the Preparedness of Large Retail Malls To Prevent & Respond to Terrorist attack

11. Two CD's - documents

12. Tacoma PD supplement reports

13. CD Tacoma PD records

**PAGE THREE**          **EXPERT OPINION REPORT CONT.**

**BACKGROUND ASSUMPTIONS**

On Sunday November 20, 2005 at approximately 12:10 p.m. a lone male appearing to be about twenty years old entered the Tacoma Mall dressed in a black coat. He was armed with a loaded semi-automatic assault rifle, semi automatic pistol and several additional magazines. In a open common area he opened fire with the assault rifle and randomly fired and severely wounded several innocent mall shoppers. Shortly before this occurred, Brendan McKown (Plaintiff) who was an employee at the Excalibur Cutlery store was on his was down the mall corridor to make a bank deposit. On his way to the bank, Mr. McKown stopped briefly at Kits camera store, and upon exiting he heard he the sound of gunfire. Mr. McKown directly observed the gunman who then shot and seriously wounding him several times. The lone gunman continued on his vicious attack. Mr. McKown was rescued and brought into the Kits Camera store where employees and shoppers called for assistance and immediate medical aid. The gunman, later identified by Tacoma Police as Dominick Sergio Maldonado, age 20, 5', 11", 165 pounds went into the the Sam Goody Store, rolled down the entrance/exit gate and barricaded himself along with several employees and shoppers including a young child. There was a massive police response to the Tacoma Mall which included police units from the Tacoma Police, Pierce County Sheriffs Office, Lakewood Police, Washington State Patrol and others to assist in traffic control, evacuating employees and shoppers, rescue and get medical aid to the injured shooting victims and lock down the mall. Police SWAT teams later arrived and contained the scene. Hostage negotiators were able to make contact with the gunman and after several hours persuaded him o release the young child. At about 3:48 p.m. hostage negotiators were successful in talking the gunman to drop his weapons, let his hostages go and give up peacefully. The Tacoma Police placed the subject under arrest, seized the weapons used in the attack including three fully loaded assault rifle magazines that had dropped to the floor during the initial assault and shooting. Tacoma Police conducted the crime scene investigation and follow up.

**PRELIMINARY OPINIONS**

It is my professional opinion after reviewing all the materials listed in the DOCUMENTS REVIEWED SECTION in reference to the Complaint of McKown vs. Simon Property Group (Tacoma Mall) that:

1. The Simon Property Group (Tacoma Mall) FAILED to render sufficient security measures and services.

2. The Simon Property Group (Tacoma Mall) FAILED to provide adequate saftey & security to their invitees.

**PAGE FOUR**  **EXPERT OPINION REPORT CONT.**

**PRELIMINARY OPINIONS CONT.**

    3. The Simon Property Group (Tacoma Mall) negligently hired and employ uniform security guards, uniform security personnel or other security personnel.

    4. The Simon Property Group (Tacoma Mall) FAILED to properly monitor individuals on the premise and be augmented by a a state of the art visual/audio surveillance camera system or closed circuit television system (CCTV) inside and outside the mall.

    5. The Simon Property Group (Tacoma Mall) FAILED to have a internal emergency communication system, i.e., "public address system" throughout the mall that in the event of a major emergency, such as natural disaster (fire, explosion, plane crash, automobile/truck accident, earthquake) or acts of terrorism such as a shooting or bombing to be utilized to warn store employees, shoppers, mall staff on how to best exit stores, exit common areas, seek shelter and/or seek medial assistance.

    6. The Simon Property Group (Tacoma Mall) FAILED to supplement their security staff by not hiring off duty uniformed & armed law enforcement officers, i.e. Tacoma Police officers during the busy holiday period for external and internal mall patrol which would be a highly visible deterrent to the criminal element.

    7. The Simon Property Group (Tacoma Mall) FAILED to have a in-depth, on-going extensive training program for security staff & emergency responders, including police patrol and SWAT teams.

    8. The Simon Property Group (Tacoma Mall) FAILED to have a in-depth emergency preparedness plan to include prevention of and reaction to a terrorist act such as a shooting incident and/or hostage taking incident.

    9. The Simon Property Group (Tacoma Mall) FAILED to have security personnel on a heightened security awareness/alertness during the busy holiday season.

**PAGE FIVE**        **EXPERT OPINION REPORT CONT.**

I reserve the right to alter the above opinions or form additional opinions upon disclosure of further documents such as depositions, security training materials, security/safety policies and procedures, Simon Property Group security policies and procedures, etc., etc. as to facts in this matter.

Thank you for requesting me to analyze the materials in this matter and render opinions. I am prepared to testify at deposition and/or trial. If there is anything further I can do to be of assistance, please do not hesitate in contacting me.

Respectfully,

*Bob Wuorenma*
Bob Wuorenma, C.P.P.
Security Management Consultant/Forensic Law Enforcement & Security Expert Witness

# CURRICULUM VITAE

## ROBERT J. WUORENMA
### C.P.P.
### CERTIFIED PROTECTION PROFESSIONAL

Bob Wuorenma & Associates
Security Management Consultant/Expert Witness

**Since 1984**

**41 Years Law Enforcement, Military & Expert Witness Experience**

9805 NE 116th St., # 7333
Kirkland, Washington 98034

(425) 820-8617

FAX (425) 820-8617

RJWUORENMA @COMCAST.NET

**EXCLUSIVELY PACIFIC NORTHWEST & SURROUNDING REGIONS
INCLUDING ALASKA AND HAWAII**

## PROFESSIONAL PROFILE

## ROBERT J. WUORENMA, CPP

### LAW ENFORCEMENT EXPERIENCE

| | |
|---|---|
| March 20, 1998 | Retired – Detective Lieutenant |
| January 1, 1983 to March 19, 1998 | Detective Lieutenant in charge of Crime Prevention Unit within the Community Services Section. Manage the day-to-day operations of personnel and programming city-wide (Block Watch, Business Watch Programs, False Alarm Enforcement and Reduction Program), including pre-construction security design for new high-rise and mid-rise buildings, retail stores, office parks, tract homes including apartments and condominiums, public parks and city facilities. Supervised Crime Analysis 1983-86, Crime Stoppers program 1984-98, D.A.R.E. 1990-98, G.R.E.A.T 1993-98, Electronic Surveillance Program, 1983-98 Explorer Post, 1983-98. |
| April 1, 1980 – December 31, 1982 | Lieutenant assigned to Patrol Section for supervision of field oprations |
| January 1978 – April 1, 1980 | Detective assigned to commercial & residential crime prevention. Originated and managed Federal Grant/Commercial Crime Prevention Project |
| January 1, 1972 – December 31, 1977 | Detective assigned to juvenile case investigation, crime prevention duties and special investigations |
| March 3, 1969 – December 31, 1971 | Patrol Officer assigned to Patrol Section, 1971—Summer Park & Harbor Patrol, Special Assignment, March – November 1970 Commercial Crime Prevention Project, 1971-72 Safety Education Officer. |

### EDUCATION

| | |
|---|---|
| 1978-79 90 Credit Hours | Bellevue Community College Major: General Business Management |
| 1976 Graduated | Seattle University. Degree: Master of Public Service Major: Criminal Justice & Public Administration **MPS Degree** |
| 1973-74 22 Graduate Hours | Seattle University Masters Degree Program Major: Guidance & Counseling - School of Education **Post-Graduate Work** |
| 1973 Graduated | Seattle University. Degree: Bachelor of Arts Major: Community Services **BA Degree** |

| | |
|---|---|
| 1971 Graduated | Shoreline Community College. Degree: Associate in Applied Arts & Sciences.<br>Major: Law Enforcement<br>**AA Degree** |
| 1964 Graduated | Ingraham High School, Seattle - **Diploma** |

**MILITARY EXPERIENCE**

| | |
|---|---|
| December 4, 1964 | **United States Marine Corps** - Active Honorable Discharge - Sgt. E-5 MOS-13.71 Combat Engineer/Landmine Warfare, Boobytrap, Explosive Instructor, First, Third and Fifth Marine Division Schools<br>Vietnam, April 1966 - November 1967 (19 months) |
| **AWARDS AND DECORATIONS** | Purple Heart Medal, Vietnam Wounded Medal, Combat Action Medal, Vietnam Unit Citation Medal with Palm, Vietnam Campaign Medal with Device, Vietnam Service Medal with 3 Stars, Vietnam Civil Action Medal, Presidential Unit Citation Medal with Star, Good Conduct Medal, National Defense Medal, Naval Unit Citation Medal, Rifle Expert Medal |
| **PROFESSIONAL** | **Washington Association of Retired Deputy Sheriffs and Police Officers** (1998-Present)<br><br>**American Society for Industrial Security** (ASIS) (Member 1978-present) Chapter Secretary 1981, Treasurer 1982, Chairman 1983 & 1984; Chapter Placement Committee Chairman 1985 to 2002; National Crime Prevention Committee member, 1983; Chapter Executive Board Chairman, 1989 and 1990; Advisory Board, 1990 to 1995 - #021965<br><br>**Washington State Crime Prevention Association** (WSCPA) (Chapter Member, 1975 to present) Executive Board (1976-79), President 1980, **(appointed life-time member)** - #L90-009<br><br>**National Crime Prevention Institute Alumni Association,** University of Louisville, 1992/1993 - #92-1101<br><br>**International Society of Crime Prevention Practitioners** (ISCPP) (Member) 1983-present - #003012<br><br>**Boy Scouts of America** (BSA), Police Explorer Post Advisor, 1976-77, 1982-1998<br><br>**Youth Eastside Services** (YES), Board of Directors and Executive Member, 1974-76<br><br>**Bellevue Police Officers' Guild**, Member 1970 to present, Board of Directors and Vice President, 1971-72 **(appointed lifetime honorary member - 1998)**<br><br>**Oregon State Crime Prevention Association** |

**Washington State Juvenile Officers Association** Washington State Juvenile Officer of the Year 1973

**Lake Washington Voc. Tech.**, Instructor/Advisory Board member, Security Management Program, 1986-91

James Publishing, Santa Ana, CA, <u>Violence in the Workplace Prevention</u>, **Editorial Advisory & Review Board**, 1995-1998

**PROFESSIONAL SCHOOLS & TRAINING**

**(Partial List)**

Bellevue Police Academy 1969 (300 hrs); Community Relations (WSCJTC) 1971; Crisis Intervention (BPD) 1973; Basic School for Juvenile Control (WSCJTC) (UW) 1973; Law Enforcement Instructors course (FBI) 1973, (BPD) 1975; Basic Theory & Practice of Crime prevention (Univ. of Louisville) one month 1975; Mid-Management (WSCJTC), 40 hrs, 1976; Advanced Physical Security (Univ. of Louisville) 40 hours, 1978; Assets Protection Course (ASIS at USC) 40 hours, 1979; Bank Robbery Investigation (FBI) 1979; Basic Supervision (WSCJTC) 40 hours, 1980; Terrorism, 16 hrs, DANCOR Ltd. Terrorism Institute 1985; Numerous Law Enforcement & Crime Prevention Seminars on various topics (Internal Theft, Crime Prevention through Environmental Design, etc.) 1976-present; ISCPP International Conference Nov. 1986, Portland, Oregon; Insurance Fraud Seminar, 8 hrs, 1988 (State Farm Insurance and Washington State Investigators Association); International Symposium on Vandalism, 24 hrs, 1988; ISCPP, Seattle, International Crime Stoppers Conference, 24 hrs, 1988, Norfolk, Virginia; Crime Prevention Through Environmental Design (Univ. of Louisville), 40 hours, 1989, Recognizing, Understanding, and Managing the Problem Employee, 8 hrs, 1990; Handwriting Analysis (4 hrs) ASIS 1990, Quality Improvement (4 hrs) COB 1990, How to Manage Projects (8 hrs) Skillpath, Bellevue, 1990; D.A.R.E. Administration (16 hrs), 1991; Recognizing and Identifying Hazardous Materials, BPD (4 hrs), 1991; Financial Investigations and Asset Seizure in Narcotics Cases, BPD (2 hrs), 1991; Premise Liability, 1991 (4 hrs) ASIS; Managing Multiple Projects, Objectives and Deadlines (8 hrs) Skillpath, 1992; Power Presenting (8 hrs), 1992, ISCPP Intl. Conf., Tacoma, WA, 3 days, 1992; "Courtroom 101" Liability/Expert Witness Communication, ASIS (8 hrs), 1993; Gang Resistance Education & Training (G.R.E.A.T.) (24 hrs) ATF/Tuscon, AZ, 1995; Violence in the Workplace (16 hrs) Specialized Training Services, Bellevue, WA, 1995, Information Security (8 hrs), ASIS, 10/95, Violence in the Workplace: A Managers Guide to Safety & Security, (8 hrs), American Management Assoc., 1/96, Exhibits & Displays (2 hrs), Bellevue, 2/96, Russian Mafia in N/W, ASIS (1 hr), 2/15/96, Choices, Options & Consequences, Anti-Gun Violence, Sea. P.D. (3 hrs), 4/96, Bloodborne Pathogens, BPD, 4/96, Russian Mafia/Money Laundering & Fraud (1-1/2 hrs), ASIS 11/96, Violence in the Workplace Prevention (1-1/2 hrs), Hewlett Packard Corp., 2/97, Police Manager as Risk Manager (8 hrs)

BPD, 3/97, Fraud Awareness Training for Law Enforcement, State Farm Insurance, 4/97, Crime Prevention through Television (8 hrs.), Creative Policing Solutions, 5/97, Legal Issues for Security Professionals, (8 hrs), ASIS, 10/9

**CERTIFICATIONS**

**CPP** — **American Society for Industrial Security - Certified Protection Professional** (C.P.P.) 1981-present, #2176

**CCPI** — **Certified Crime Prevention Instructor** for the Basic & Advanced Schools, Washington State Law Enforcement Training Commission. Certified May 4, 1979

**CVI** — **Certified Vocational Instructor**, State of Washington, Security Cert. #185292R

**Flagging & Traffic Control Certified**, Washington Department of Labor & Industries, 11/4/85.

**Industrial First Aid & CPR Certified**, Department of Labor & Industries. Exp. 2/3/99

**Current Weapon Certifications** – H&K 40m (Smith & Wesson), 9mm S&W, model 69, model 39 & 59, 12-gauge shotgun, H&K P9 9mm, Kubaton, PR-24 Baton, CAP-STUN, M-3 II (oleoresin capsicum), UPS 9 mm

**INTERESTS**

Golf, music, reading, gardening.

**RESIDENCE**

Kirkland/Bellevue 1990-present, Renton 1971-90, Seattle 1949-70

**OTHER**

Police Department administrator and coordinator for the Seattle-King County Regional Crime Stoppers Program, 1984-present.* (Announcer for voice broadcast of "Crime of the Week PSA's" on 23 radio stations daily) 1983-present.
*8 International PSA Awards

Resource to National Park Service, Washington Council on Crime & Delinquency, National Crime Prevention Institute, Washington Crime Watch, University of Washington (College of Architecture), Southwest Texas State University, Museum of Flight, Seattle and numerous Fortune 500 corporations ref. to security and training.

Expert witness/consultant to law firms handling civil litigation on security cases and law enforcement practices (listed nationally), 1984 to present

Listed nationally with the Technical Advisory Service for Attorneys, (T.A.S.A.), Blue Bell, Penn.

Listed in <u>Who's Who in Security</u>, 1989/90, 1st Edition, National Security Institute

Listed in <u>International Who's Who of Professionals</u> - 1996.

Listed in Seattle University, Alumni Directory 1996

Listed in Vietnam Veterans Directory 1996

Listed in Military Order of the Purple Heard (M.O.P.H.). Combat wounded directory - 2003

Member - Lake Wilderness Men's Golf Club 1990 - 1998

Member - Bellevue Police/Fire Golf Club
    Board of Directors 1994-2000
    President - 1996 and 1997

Member - United States Golf Association (U.S.G.A.), 1991-present
    FILA World Golf Tour, 1998-2001
    PGA Tour Partners Club 1999-2001
Life Member - Disabled American Veterans Assoc. (D.A.V.)

Life Member - Vietnam Veterans of America (V.V.A.)

Life Member - Military Order of the Purple Heart (M.O.P.H.) - Restricted to combat wounded.

**AWARDS**

Washington State Juvenile Detective of the Year, 1973

8 International Crime Stoppers Radio P.S.A. Awards for 1st, 2nd, 3rd and Honorable Mention, 1983-present

Numerous Police Department <u>Commendations</u>, 1969-1998

Numerous <u>Recognition Letters</u> from businesses and citizens for outstanding work and contributions to projects and programs, 1969-1998

Meritorious Service Award - 1998, Bellevue Police Department

Law Enforcement Appreciation Award - 1998, ASIS/Puget Sound Chapter

**Nominations** - 1998

Best of Bellevue Award – Public Service, Advance Bellevue Committee - 1998

Lifetime Achievement Award - Washington State Crime Prevention Association - 1998

FROM :Bob Wuorenma and Assoc's          FAX NO. :4258208617          Aug. 09 2010 04:42PM  P13

**ADDENDUM TO C.V.**          **Robert J. Wuorenma**

**AWARDS & DECORATIONS** - Vietnam Wounded Medal (Awarded by the Vietnam Government)

**OTHER** - Change LIFE MEMBER Vietnam Veterans of America (VVA)
    "     LIFE MEMBER Military Order of the Purple Heart (MOPH)
    "     LIFE MEMBER Disabled American Veterans (DAV)