UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BRENDAN MCKOWN, a single individual,<br><br>          Plaintiff – Appellant,<br><br>v.<br><br>SIMON PROPERTY GROUP, INC., a Delaware corporation doing business as Tacoma Mall; and, IPC INTERNATIONAL CORPORATION, an Illinois corporation,<br><br>          Defendants – Appellees. | No. 11-35461<br><br>CERTIFICATE OF NO TRANSCRIPT OF PROCEEDINGS |

      Appellant Brendan McKown certifies under Fed. R. App. P. 10(b)(1)(B) that no transcript of proceedings will be ordered for this appeal because the issues were resolved on summary judgment without any oral findings, conclusions, or rulings by the district court.

      Dated this 26th day of August, 2011.

                      Respectfully submitted,

                      PFAU COCHRAN VERTETIS AMALA PLLC

                      By _____
                          Darrell L. Cochran, WSBA No. 22851
                          darrell@pcvklaw.com
                          Jason P. Amala, WSBA No. 37054
                          jason@pcvklaw.com
                          Attorneys for Appellant
                          701 Fifth Avenue, Suite 4730
                          Seattle, WA  98104

## CERTIFICATE OF SERVICE

I, Bernadette Lovell, certify that:

(1) On August 26, 2011, I electronically served, via ECF, Appellant's Certificate of No Transcript of Proceedings on the following person(s) and entity(ies):

T. Jeffrey Keane
Keane Law Offices
100 NE Northlake Way, Ste. 200
Seattle, WA 98105
(206) 438-3737
(206) 632-2540 facsimile
tjk@tjkeanelaw.com
*Attorney for defendants Simon Property Group, Inc., and IPC International Corporation*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of August, 2011.

By _____Bernadette Lovell_____
         Bernadette Lovell