UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENDAN McKOWN, a single individual ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SIMON PROPERTY GROUP, INC., dba ) <br> TACOMA MALL, a Delaware corporation; IPC ) <br> INTERNATIONAL CORPORATION, an ) <br> Illinois corporation, ) <br> ) <br> Defendants. ) <br> ) | No. C 08-05754- BHS <br><br> **DEFENDANT SIMON PROPERTY GROUP, INC'S EXPERT DISCLOSURES** |

Defendant provides the following expert reports in accord with the Court's scheduling order. Copies of all reports have been provided to opposing counsel, but they are not filed with the court.

1. Report of James H. Clark dated April 27, 2016.

2. Report of Dr. Cheryl Hayes dated February 24, 2016.

3. Report of Scott Reitz dated April 20, 2016

4. Preliminary Summary of Dr. Andrew J. Saxon's Report dated April 27, 2016.

1  Submitted this 27th day of April, 2016.

2                      KEANE LAW OFFICES

3

4

5          T. Jeffrey Keane, WSBA #8645
        Attorney for Defendant Simon Property Group, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT SIMON'S EXPERT DISCLOSURES- 2

KEANE LAW OFFICES
100 NE Northlake Way, Suite 200
Seattle, Washington 98105
206-438-3737 • Facsimile 206-632-2540