THE HON. BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| BRENDAN MCKOWN,<br><br>                Plaintiff,<br><br>vs.<br><br>SIMON PROPERTY GROUP, INC., dba TACOMA MALL, a Delaware corporation; and IPC INTERNATIONAL CORPORATION, an Illinois corporation,<br><br>                Defendants. | No. 3:08-CV-05754-BHS<br><br>**STIPULATION AND AGREED ORDER OF DISMISSAL OF ALL CLAIMS** |

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel of record, that Plaintiff's claims against Defendants in the above-entitled matter may be dismissed with prejudice and without cost to either party.

///

///

///

///

///

///

STIPULATION AND AGREED ORDER OF DISMISSAL

Page 1 | No. 3:08-CV-05754-BHS

PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

1  DATED this 17th day of December, 2018.

2  Pfau Cochran Vertetis Amala                Andrews Skinner PS

3

4  By:   /s/ Darrell L. Cochran                By:    /s/ Pamela M. Andrews
   Darrell L. Cochran, WSBA No. 22851          Pamela M. Andrews, WSBA #14248
5  Nicholas B. Douglas, WSBA No. 49786         Ramona N. Hunter, WSBA # 31482
   *Attorneys for Plaintiff*                   *Attorneys for Defendant Simon Property*
6                                              *Group, Inc.*

7

8  Margullis and Ray, PLLC                     Dynan & Associates, P.S.

9

10 By:   /s/ Rodney J. Ray                     By:     /s/ Mark J. Dynan
   Rodney B. Ray, WSBA No. 7446                Mark J. Dynan, WSBA #12161
11 *Attorneys for Plaintiff*                   Samuel B. Behar, WSBA #46586
                                               *Attorneys for IPC International Corp.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND AGREED ORDER OF
DISMISSAL



Page 2 | No. 3:08-CV-05754-BHS

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

# ORDER

**BASED UPON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendants in the above-entitled matter are hereby dismissed with prejudice and without cost to either party hereto.

SIGNED this ____ day of _____, 2018.

_____
THE HONORABLE BENAJMIN H. SETTLE

Presented by:

PFAU COCHRAN VERTETIS AMALA

By: ___/s/ Darrell L. Cochran_____
   Darrell L. Cochran, WSBA No. 22851
   Nicholas B. Douglas, WSBA No. 49786
   Attorneys for Plaintiffs

MARGULLIS AND RAY, PLLC

By: ___/s/ Rodney B. Ray_____
   Rodney B. Ray, WSBA No. 7446
   Attorney for Plaintiffs

Approved as to form by:

ANDREWS SKINNER, P.S.

By: ___/s/ Pamela M. Andrews_____
   Pamela M. Andrews, WSBA #14248
   Ramona N. Hunter, WSBA #31482
   Attorneys for Defendant Simon Property Group, Inc.

STIPULATION AND AGREED ORDER OF DISMISSAL

Page 3 | No. 3:08-CV-05754-BHS



PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

1  DYNAN & ASSOCIATES, P.S.

3  By: __/s/ Mark J. Dynan_____
   Mark J. Dynan, WSBA #12161
4  Samuel B. Behar, WSBA #46586
   Attorneys for Defendant IPC International Corp.

