THE HON. BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

BRENDAN MCKOWN,

    Plaintiff,

vs.

SIMON PROPERTY GROUP, INC., dba TACOMA MALL, a Delaware corporation; and IPC INTERNATIONAL CORPORATION, an Illinois corporation,

    Defendants.

No. 3:08-CV-05754-BHS

**STIPULATION AND AGREED ORDER OF DISMISSAL OF ALL CLAIMS**

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel of record, that Plaintiff's claims against Defendants in the above-entitled matter may be dismissed with prejudice and without cost to either party.

///
///
///
///
///
///

STIPULATION AND AGREED ORDER OF DISMISSAL

Page 1 | No. 3:08-CV-05754-BHS

PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

DATED this 17th day of December, 2018.

| Pfau Cochran Vertetis Amala | Andrews Skinner PS |
|---|---|
| By: /s/ Darrell L. Cochran<br>Darrell L. Cochran, WSBA No. 22851<br>Nicholas B. Douglas, WSBA No. 49786<br>*Attorneys for Plaintiff* | By: /s/ Pamela M. Andrews<br>Pamela M. Andrews, WSBA #14248<br>Ramona N. Hunter, WSBA # 31482<br>*Attorneys for Defendant Simon Property Group, Inc.* |
| Margullis and Ray, PLLC | Dynan & Associates, P.S. |
| By: /s/ Rodney J. Ray<br>Rodney B. Ray, WSBA No. 7446<br>*Attorneys for Plaintiff* | By: /s/ Mark J. Dynan<br>Mark J. Dynan, WSBA #12161<br>Samuel B. Behar, WSBA #46586<br>*Attorneys for IPC International Corp.* |

STIPULATION AND AGREED ORDER OF DISMISSAL

Page 2 | No. 3:08-CV-05754-BHS



911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

**ORDER**

**BASED UPON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendants in the above-entitled matter are hereby dismissed with prejudice and without cost to either party hereto.

SIGNED this 20th day of December, 2018.

_____
BENJAMIN  H.  SETTLE
United States District Judge

Presented by:

PFAU COCHRAN VERTETIS AMALA

By: /s/ Darrell L. Cochran
    Darrell L. Cochran, WSBA No. 22851
    Nicholas B. Douglas, WSBA No. 49786
    Attorneys for Plaintiffs

MARGULLIS AND RAY, PLLC

By: /s/ Rodney B. Ray
    Rodney B. Ray, WSBA No. 7446
    Attorney for Plaintiffs

Approved as to form by:

STIPULATION AND AGREED ORDER OF DISMISSAL

Page 3 | No. 3:08-CV-05754-BHS



PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

ANDREWS SKINNER, P.S.

By: ___/s/ Pamela M. Andrews_____
    Pamela M. Andrews, WSBA #14248
    Ramona N. Hunter, WSBA #31482
    Attorneys for Defendant Simon Property Group, Inc.

DYNAN & ASSOCIATES, P.S.

By: ___/s/ Mark J. Dynan_____
    Mark J. Dynan, WSBA #12161
    Samuel B. Behar, WSBA #46586
    Attorneys for Defendant IPC International Corp.

STIPULATION AND AGREED ORDER OF DISMISSAL

Page 4 | No. 3:08-CV-05754-BHS



PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654